USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/10/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YUDELKA PEREZ,

                        Plaintiff,

                                              15 civ 3405 (JGK)

      -against-

ISABELLA GERATRIC CENTER, INC.,
                        Defendants.
-----------------------------------------------------------X

## ORDER

      The conference scheduled for Tuesday, August 11, 2015, is adjourned pending mediation.

      The parties shall advise the Court of the status of the case within seven (7) days after the conclusion of the mediation.

**SO ORDERED.**

                                                               JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         August 10, 2015